---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LADERA PARENT LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-2483809 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o RGS HOLDINGS, LLC**<br>**265 WEST 122ND STREET, UNIT C**<br>**New York, NY 10027**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    **LADERA PARENT LLC**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___ ___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | LADERA, LLC | Relationship | **AFFILIATE** |
| District | SOUTHERN DISTRICT OF NEW YORK | When _____ | Case number, if known _____ |

Debtor    **LADERA PARENT LLC**                                          Case number (*if known*) _____
              Name

---

**11. Why is the case filed in**      Check all that apply:
**this district?**
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
  preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**       ■ No
**have possession of any**
**real property or personal**        ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**                      **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
  livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____
**Where is the property?**   _____
                            Number, Street, City, State & ZIP Code
**Is the property insured?**
☐ No
☐ Yes.   Insurance agency   _____
          Contact name       _____
          Phone              _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of**   .    Check one:
**available funds**
■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**    ■ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
**creditors**                  ☐ 50-99                   ☐ 5001-10,000           ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000         ☐ More than100,000
                               ☐ 200-999

---

**15. Estimated Assets**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor    **LADERA PARENT LLC**
_____    Case number (*if known*) _____

Name

Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11 - 28 - 2016
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   **SOLE MEMBER AND MANAGER OF DEBTOR**

**HANS FUTTERMAN, MANAGER OF 300W122 HOLDINGS LLC**
Printed name

---

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   11 - 28 - 2016
       MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 603-6300**       Email address _____

Bar number and State

## RESOLUTION OF LADERA PARENT LLC

The undersigned, constituting the sole member and all of the managers of Ladera Parent, LLC, a Delaware limited liability company, adopted the following resolutions by unanimous written consent in lieu of a meeting:

Following a review, discussion and careful consideration of the Company's financial condition, including the status of the loan made by RWNIH-DL 122nd Street 1 LLC ("RWN") to Ladera, LLC (the "Borrower") and secured in part by a pledge by the Company of its membership interests in the Borrower, the potential financing transaction with Gryphon Real Estate Capital Partners, LLC and the status of all unsecured creditors, the sole member, the Manager and the Independent Manager unanimously adopted the following resolutions:

**RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") no later than Monday, November 28, 2016; and it is further

**RESOLVED,** that the form of petition under Chapter 11 presented at this meeting is, subject to the modifications discussed at the meeting, approved and adopted in all respects and that Hans Futterman, as the sole member of 300W122 Holdings LLC, the Manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

**RESOLVED,** that Hans Futterman, as Manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or desirable that are in the best interests of the Company and its stakeholders in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck, P.C. be retained and employed as legal counsel for the Company under a general retainer, that Phillips Nizer LLP be retained and employed as special real estate and corporate counsel for the Company under a special retainer, and Morris Nichols Asht & Tunnell LLP be retained and employed as counsel for the Independent Manager under a special retainer, in addition to such other special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

### [SIGNATURES ON FOLLOWING PAGE]

1292963.3

IN WITNESS WHEREOF, the undersigned have hereunto set their hand and seal of the Company this 28th day of November, 2016.

**SOLE MEMBER:**

**300W122 HOLDINGS LLC,** a Delaware limited liability company, its Manager

By: _____
    Name: Hans Futterman
    Title:   Sole Member

**MANAGER:**

_____
Hans Futterman

1292963.3

**INDEPENDENT MANAGER:**

Julia A. McCullough

1292963

**ROBINSON BROG LEINWAND GREENE**
  **GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                     Chapter 11

**LADERA PARENT LLC,**                                     Case No:  16-

                              Debtor.
-----------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1007-2

        **Hans Futterman**, declares under penalty of perjury as follows:

        1.        I am the manager of **300W122 Holdings LLC,** the sole member and manager of

**Ladera Parent LLC** (the "Debtor"), and am fully familiar with the facts set forth herein.

        2.        The Debtor owns the interests in Ladera, LLC, the owner of a developmental

project located at **300 West 122nd Street, New York, New York** (the "Property").

        3.        No pre-petition committee was organized prior to the Order for relief.

        4.        Debtor's secured creditors are as listed on Schedule D.

        5.        Debtor's senior secured creditor has declared a default and had scheduled a UCC

sale of pledged assets, *i.e.*, Debtor's membership interests in Ladera, LLC.

        6.        To the extent known to the Debtor, the information contained herein and in the

Debtor's schedules and statement of financial affairs is from the Debtor's books and records.

        7.        A summary of the Debtor's assets and liabilities is set forth on the summary of

schedules annexed to the petition.

826027

8.     The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this affidavit.

9.     All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

10.     The Debtor's emergency filing was initiated to prevent the UCC sale of the interests in Ladera, LLC.

11.     The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

12.     The estimated amount of payroll due the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $0.00.

13.     No salaries are currently being paid by the Debtor to its officers.

14.     The Debtor's operations are currently being managed by the undersigned manager.

**SOLE MEMBER;**

**300W122 HOLDINGS LLC,** a Delaware limited liability company, its Manager

By: _____

     **HANS FUTTERMAN, Manager**

Affirmed to before me this 28 th day of November, 2016

_____

Notary Public

ROBERT M. SASLOFF
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-20__

826027

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **LADERA PARENT LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PHILLIPS NIZER LLP 666 FIFTH AVENUE New York, NY 10103-0084** | | **Services Rendered** | **Disputed** | | | $25,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **LADERA PARENT LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11-28-2016**       x _____
                                    Signature of individual signing on behalf of debtor

                                    **HANS FUTTERMAN, MANAGER OF 300W122 HOLDINGS LLC**
                                    Printed name

                                    **SOLE MEMBER AND MANAGER OF DEBTOR**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **LADERA PARENT LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $ _____21,000,000.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................    $ _____21,000,000.00

---

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____21,000,000.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____25,000.00

4.  **Total liabilities**
    Lines 2 + 3a + 3b    $ _____21,025,000.00

Fill in this information to identify the case:

Debtor name    **LADERA PARENT LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☐ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☐ Yes Fill in the information below.

Valuation method used          Current value of
for current value               debtor's interest

14.        **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.        **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 1

Debtor    **LADERA PARENT LLC**                                    Case number *(if known)* _____
          Name

| Name of entity: | % of ownership | | |
|---|---|---|---|
| **Membership interest in Ladera, LLC (Value represents the difference between the value of real property and secured debt and is subject to appraisal by a court of competent jurisdiction)** | | | |
| 15.1. | 100 | % | $21,000,000.00 |

---

16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
       Describe:

17.    **Total of Part 4.**                                                    $21,000,000.00
       Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    **LADERA PARENT LLC**                                    Case number *(If known)* _____
        Name

☐ Yes Fill in the information below.

Debtor    **LADERA PARENT LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $21,000,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,000,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,000,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    __LADERA PARENT LLC__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.1 | **RWNIH-DL 122ND STREET 1 LLC** | **Describe debtor's property that is subject to a lien** | $21,000,000.00 | $21,000,000.00 |

Creditor's Name

**C/O RWN MANAGEMENT LLC**
**721 FIFTH AVENUE, 30TH FLOOR**
**New York, NY 10019**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Membership Interest in Ladera, LLC (Value represents the difference between the value of real property and secured debt and is subject to appraisal by a court of competent jurisdiction) - % Ownership: 100**

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $21,000,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **GREENBERG TRAURIG, LLP**
**METLIFE BUILDING**
**200 PARK AVENUE**
**New York, NY 10166** | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name    **LADERA PARENT LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**PHILLIPS NIZER LLP**
**666 FIFTH AVENUE**
**New York, NY 10103-0084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 25,000.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c.  $ | 25,000.00 |

Fill in this information to identify the case:

Debtor name     **LADERA PARENT LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1     State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract   _____   _____

2.2     State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract   _____   _____

2.3     State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract   _____   _____

2.4     State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract   _____   _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **LADERA PARENT LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | HANS FUTTERMAN | C/O RGS HOLDINGS, LLC 265 WEST 122ND STREET, UNIT C New York, NY 10027 | RWNIH-DL 122ND STREET 1 LLC | ■ D   2.1 ___ ☐ E/F ___ ☐ G ___ |
| 2.2 | LADERA, LLC | C/O RGS HOLDINGS, LLC 265 WEST 122ND STREET, UNIT C New York, NY 10027 | RWNIH-DL 122ND STREET 1 LLC | ■ D   2.1 ___ ☐ E/F ___ ☐ G ___ |
| 2.3 | RGS HOLDINGS, LLC | 265 WEST 122ND STREET UNIT C New York, NY 10027 | RWNIH-DL 122ND STREET 1 LLC | ■ D   2.1 ___ ☐ E/F ___ ☐ G ___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re   **LADERA PARENT LLC** _____   Case No. _____

                                    Debtor(s)          Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **300W122 HOLDINGS LLC** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **SOLE MEMBER AND MANAGER OF DEBTOR** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **11-28-16** _____          Signature _____

                                    **HANS FUTTERMAN/MANAGER OF 300W122 HOLDINGS LLC/**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **LADERA PARENT LLC** _____

_____   Case No. _____
Debtor(s)                  Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LADERA PARENT LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**300W122 HOLDINGS LLC**

_____

☐ None [*Check if applicable*]

_11-28-16_
Date

_____
**A. MITCHELL GREENE**
Signature of Attorney or Litigant
Counsel for   **LADERA PARENT LLC**
**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**

Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    __LADERA PARENT LLC__ _____     Case No. _____

                                               Debtor(s)        Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the SOLE MEMBER AND MANAGER OF DEBTOR of the corporation named as the debtor in this case, hereby verify that the

attached list of creditors is true and correct to the best of my knowledge.

Date:   __11-28-16__ _____                        _____

                                        HANS FUTTERMAN, MANAGER OF 300W122 HOLDINGS
                                        LLC/SOLE MEMBER AND MANAGER OF DEBTOR
                                        Signer/Title

GREENBERG TRAURIG, LLP
METLIFE BUILDING
200 PARK AVENUE
NEW YORK, NY 10166


HANS FUTTERMAN
C/O RGS HOLDINGS, LLC
265 WEST 122ND STREET, UNIT C
NEW YORK, NY 10027


LADERA, LLC
C/O RGS HOLDINGS, LLC
265 WEST 122ND STREET, UNIT C
NEW YORK, NY 10027


PHILLIPS NIZER LLP
666 FIFTH AVENUE
NEW YORK, NY 10103-0084


RGS HOLDINGS, LLC
265 WEST 122ND STREET
UNIT C
NEW YORK, NY 10027


RWNIH-DL 122ND STREET 1 LLC
C/O RWN MANAGEMENT LLC
721 FIFTH AVENUE, 30TH FLOOR
NEW YORK, NY 10019